**BURSOR & FISHER, P.A.**
Annick M. Persinger (State Bar No. 272996)
1990 North California Blvd., Suite 940
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
ltfisher@bursor.com

*Attorneys for Plaintiff*

**SESSIONS, FISHMAN, NATHAN & ISRAEL, LLP**
Spencer M. Schulz
3850 N. Causeway Blvd., Suite 200
Metairie, LA 70002
Telephone: (504) 828-3700
Email: sschulz@sessions.legal

*Attorneys for Defendant*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RYAN MUEHE, on Behalf of Himself and all Others Similarly Situated,<br><br>　　　　　　　　　　Plaintiff,<br>　　v.<br><br>COMMONWEALTH FINANCIAL SYSTEMS, INC.,<br><br>　　　　　　　　　　Defendant. | Case No. 16-cv-03764-JST<br><br>**STIPULATION TO SET BRIEFING SCHEDULE AND HEARING DATE FOR MOTION FOR SUMMARY JUDGMENT**<br><br>Hon. Jon S. Tigar |

Plaintiff Ryan Muehe ("Plaintiff") and Defendant Commonwealth Financial Systems, Inc. ("Defendant"), through their respective counsel of record, hereby stipulate and agree as follows:

## RECITALS

1. On December 29, 2016, Defendant filed a motion for summary judgment. The motion noticed a hearing date of February 2, 2017.

2. Plaintiff intends to oppose Defendant's motion for summary judgment.

3. The parties agree that additional time will assist the parties in fully briefing the issues set forth in Defendant's motion.

4. The parties have met and conferred and agreed upon a modified hearing date and briefing schedule.

## STIPULATION

1. Plaintiffs will file their opposition on January 26, 2017.

2. Defendant will file its reply on February 9, 2017.

3. The hearing on Defendant's motion will take place on February 23, 2017, or at such other time that is convenient for the Court.

DATED: January 10, 2017 **BURSOR & FISHER, P.A.**

By: */s/ Annick M. Persinger*
Annick M. Persinger

*Attorneys for Plaintiff*

DATED: January 10, 2017 **SESSIONS, FISHMAN, NATHAN & ISRAEL, LLP**

By: */s/ Spencer M. Schulz*
Spencer M. Schulz

*Attorneys for Defendant*

### ATTESTATION

Pursuant to Civil Local Rule 5-1(i)(3), I, Annick M. Persinger, attest that all signatories listed, and on whose behalf the filing is submitted, concur in the stipulation's content and have authorized the stipulation.

*/s/ Annick M. Persinger*
Annick M. Persinger

**PROPOSED ORDER**

This matter is before the Court on the parties' Stipulation to Set Briefing Date and Hearing Schedule for Defendant's motion for summary judgment. The Court, having considered the parties' stipulation, finds good cause in support thereof.

Accordingly, IT IS HEREBY ORDERED:

1. Plaintiffs shall file their opposition on January 26, 2017.
2. Defendant shall file its reply on February 9, 2017.
3. The hearing on Defendant's motion will take place on February 23, 2017.

**IT IS SO ORDERED.**

DATED: January 10, 2017

_____
Honorable Jon S. Tigar
United States District Court Judge